*Certiorari Denied.* (*See also Nos. 319, 320 and 323, supra.*)

No. 109. WINCHESTER ET AL. *v.* GREGG. C. A. 9th Cir. Certiorari denied. *Oliver O. Clark* for petitioners. *Guy Richards Crump* for respondent.

No. 149. UNITED STATES *v.* COLORADO & SOUTHERN RAILWAY Co. United States District Court for the District of Colorado. Certiorari denied. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Helen Goodner* for the United States. *J. C. James* and *Walter McFarland* for respondent.

No. 155. BRODHEAD, DOING BUSINESS AS T. H. BROD-HEAD Co., *v.* BORTHWICK, TAX COMMISSIONER & TAX COLLECTOR. C. A. 9th Cir. Certiorari denied. *Julius Russell Cades* and *Urban E. Wild* for petitioner. *Walter D. Ackerman, Jr.,* Attorney General of Hawaii, *Thomas W. Flynn,* Deputy Attorney General, and *Rhoda V. Lewis,* Assistant Attorney General, for respondent.

No. 215. CAMPBELL SOUP Co. ET AL. *v.* ARMOUR & Co. C. A. 3d Cir. Certiorari denied. *Robert T. McCracken, C. Russell Phillips, William T. Woodson* and *Harry D. Nims* for petitioners. *Walter J. Blenko, Wm. Clarke Mason, Thomas B. K. Ringe* and *George E. Leonard, Jr.* for respondent.

No. 226. MONTOYA *v.* TIDE WATER ASSOCIATED OIL Co. C. A. 2d Cir. Certiorari denied. *William L. Standard* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Cecelia H. Goetz* for respondent.